Name and Style of Knauth, Nachod & Kuhne, Appellants, v. Stevenson, Rye & Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Knickerbocker Trust Company, as Trustee, Respondent, v. Tarrytown, White Plains and Mamaroneck Railway Company and Others, Respondents. The Westchester Street Railroad Company, as Assignee of Richard Sutro as Purchaser at the Foreclosure Sale, Appellant.— Order in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Theodore H. Ludwig, Respondent, v. German Union Fire Insurance Company of Baltimore, Appellant.— Order of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

John Markert, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Rich and Carr, JJ.

Pauline Nicoll, Respondent, v. Samuel Dietchman, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

James O'Donnell, General Guardian of James L. Flynn, as Administrator, etc., of Margaret Flynn, Deceased, Appellant, v. Elizabeth M. Floyd, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, for error in admitting evidence of Dr. John G. Glenn as to information which he acquired while the relation of physician and patient existed between him and the decedent, and which information was necessary to enable him to act in his professional capacity. Woodward, Jenks, Burr, Rich and Carr, JJ., concurred.

Catherina Oelerich, Appellant, v. John W. Oelerich, Respondent.— Order reversed in so far as it strikes out the 4th paragraph of the complaint, and as so modified affirmed, without costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Caroline Popp, Respondent, v. Joseph Tamburo, Appellant.— Order of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

The People of the State of New York ex rel. John J. Kirk, Relator, v. Nicholas J. Hayes, as Fire Commissioner of the City of New York, Respondent.— Determination confirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ., concurred.

Letitia Roy, Respondent, v. Louis Flaxman and Rachel Flaxman, Appellants.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ., concurred.

Isaac Salmon, Appellant, v. Benjamin Troupiansky, Respondent. (Appeal No. 1.) — Order denying motion for new trial under section 999 of the Code affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Isaac Salmon, Appellant, v. Benjamin Troupiansky, Respondent. (Appeal No. 2.) — Order denying motion for a new trial on the ground of newly-discov-

ered evidence affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Edward Schildkraut and Another, Respondents, v. Simon M. Seley, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Frank A. Seaver, Respondent, v. Daniel F. Marks, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ.

Samuel Singer, Respondent, v. William M. Barrett, as President of Adams Express Company, an Unincorporated Association, Substituted as Defendant in Place of Levi C. Weir, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Thomas and Rich, JJ.

The Star Shoe Company, Respondent, v. Max Falk, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Louis D. Taylor, Respondent, v. Adele H. Robinson, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ., concurred.

James Terry, Respondent, v. Charles I. Purdy, as Executor, etc., of Henry Terry, Deceased, Appellant.— Judgment reversed, with costs to the appellant. Order of reference vacated, with leave to the parties to proceed before a new referee, or, if they so elect, to have the validity of the claim determined upon the final accounting before the surrogate. The judgment appealed from is reversed upon the following grounds : *First*, that the evidence is not of the clear and convincing character necessary to establish claims of this nature; *second*, that the referee erred in admitting evidence of alleged statements and declarations of Charles Terry; and, *third*, that the referee erred in admitting evidence of personal transactions between the claimant and Henry Terry, deceased. Jenks, Burr, Rich and Carr, JJ., concurred; Hirschberg, P. J., dissented.

The Teutonia Fire Insurance Company of Allegheny, Pennsylvania, Respondent, v. Hallock W. Beals, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Richard Van Wyck Thorne and Others, Appellants, v. Henry T. Carey and Others, as Executors and Trustees under the Last Will and Testament of George Winthrop Thorne, Deceased, and Others, Respondents, Impleaded with Others. — Judgment affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Union Bank of Brooklyn, Respondent, v. Plaza Amusement Company and Aaron Potruch, Defendants, and Samuel Jonas, Appellant.— Orders of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

Gordon O. Warren, Respondent, v. Charles I. Purdy, as Executor, etc., of Henry Terry, Deceased, Appellant.— We think that this judgment cannot stand. Conceding that the evidence could justify the conclusion that the claim was based upon certain charges which were discharged by the claimant, yet the evidence